IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01983-TPO

JUAN MANUEL LOPEZ VELAZQUEZ,

Petitioner,

v.

JUAN BALTAZAR, Warden,
GEO Group, U.S. Immigration and Customs Enforcement Contract Detention Facility;
ROBERT HAGAN,
Field Office Director, U.S. Immigration and Customs Enforcement,
DAVID VENTERULLA,
Acting Director, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of the Department of Homeland Security; and
TODD BLANCHE,
Acting Attorney General of the United States;
in their official capacities,

Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order [ECF 12] by Magistrate Judge Timothy P. O'Hara entered on July 7, 2026, and the Minute Order [ECF 14] by Magistrate Judge Timothy P. O'Hara entered on July 28, 2026, it is

ORDERED that Final Judgment is hereby entered in favor of Petitioner and against Respondents. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this <u>28th</u> day of July 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


<u>s/ Jesse Torres</u>
Jesse Torres
Deputy Clerk